# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE MATRIMONIO
### (CERTIFICATION OF MARRIAGE)

NUMERO
A1941389

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2022-00062-006755-3002406-02101686

NOMBRE DEL CONTRAYENTE A (NAME)
ANGEL LUIS ESPINAL GARCIA

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
08 DIC 1989                           32

LUGAR NACIMIENTO (BIRTHPLACE)
DOMINICAN REPUBLIC

NOMBRE DEL PADRE (FATHER'S NAME)      NOMBRE DE LA MADRE (MOTHER'S NAME)
ANGEL ESPINAL CEBALLO                 YDELISA GARCIA

NOMBRE DEL CONTRAYENTE B (NAME)
MAGALI VARGAS OCASIO

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
25 OCT 1982                           39

LUGAR NACIMIENTO (BIRTHPLACE)
ARECIBO, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)      NOMBRE DE LA MADRE (MOTHER'S NAME)
ANGEL ANTONIO VARGAS                  MARGARITA OCASIO

LUGAR DE CELEBRACION (CELEBRATION PLACE)
UTUADO, PUERTO RICO

FECHAS (DATES): CELEBRACION (CELEBRATION)   INSCRIPCION (REGISTRATION)
01 AGO 2022                                 04 AGO 2022

NOMBRE DEL CELEBRANTE (OFFICIANT NAME)
PEDRO RODRIGUEZ VAZQUEZ

FECHA EXPEDICION (DATE ISSUED)
5 AGO 2022

****************************************************

Departamento de Salud
Registro Demografico

**Sello**

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE
MATRIMONIO OFICIALMENTE INSCRITO EN EL
REGISTRO DEMOGRAFICO DE PUERTO RICO
BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24
DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE REC
FILED IN THE DEMOGRAPHIC REGIST
PUERTO RICO ISSUED UNDER
AUTHORITY OF LAW 24, APRIL 22



083
ificaciones
ego / Paid

5120
08/04/2022
$10.00

Sello de Rentas Internas
81245-2022-0804-51218019

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

**ADVERTENCIA/WARNING:** No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED



# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE NACIMIENTO
### (CERTIFICATION OF BIRTH)

NÚMERO
D8481202

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2017-00034-023596-056175-06577842

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
SIULEGNA ANYELI ESPINAL VARGAS

FECHA NACIMIENTO (BIRTHDATE)
26 DIC 2017

FECHA INSCRIPCION (REGISTRATION DATE)
08 ENE 2018

LUGAR NACIMIENTO (BIRTHPLACE)
MANATI, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
ANGEL LUIS ESPINAL GARCIA

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
DOMINICAN REPUBLIC

NOMBRE DE LA MADRE (MOTHER'S NAME)
MAGALI VARGAS OCASIO

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
ARECIBO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
8 ENE 2018

**********************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE
NACIMIENTO ORIGINALMENTE INSCRITO EN EL
REGISTRO DEMOGRAFICO DE PUERTO RICO
BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24
DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CERTIFICATE
FILED WITH THE DEMOGRAPHIC REGISTRY OF
PUERTO RICO ISSUED UNDER THE AUTHORITY OF
LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

$5 $5
SELLO DE RENTAS INTERNAS
DEPT. DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO
E01075139

GOBIERNO DE PUERTO RICO

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without worn Watermark
Cualquier alteración o borradura cancela esta certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED

5

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | September 06, 2022 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-130, Petition for Alien Relative | | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0917451037 | September 01, 2022 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| September 01, 2022 | 201 B INA SPOUSE OF USC | October 25, 1982 |

MAGALI VARGAS OCASIO
PO BOX 6363
SAN JUAN, PR 00914        2    00000003

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

```
Name                        Date of Birth    Country of Birth      Class (If Applicable)
ESPINAL GARCIA, ANGEL       12/8/1989        DOMINICAN REPUBLIC
```

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

Potomac Service Center
U.S. Citizenship and Immigration Services
2200 Potomac Center Drive Stop 2425
Arlington, VA 20598-2425

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY







THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>IOE0917451037 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE |
|---|---|---|
| Received Date<br>09/01/2022 | Priority Date<br>09/01/2022 | Petitioner<br>VARGAS OCASIO, MAGALI |
| Notice Date<br>07/31/2023 | Page<br>1 of 1 | Beneficiary<br>ESPINAL GARCIA, ANGEL LUIS |

| | |
|---|---|
| VARGAS OCASIO, MAGALI<br>c/o GONZALEZ RUCCI, ROSAURA<br>R G R LAW<br>PO BOX 6363 LOIZA ST STATIO<br>SAN JUAN  PR  00914 | **Notice Type:** Approval Notice<br>Section: Husband or wife of U.S Citizen, 201(b)<br>INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

| |
|---|
| Please see the additional information on the back. You will be notified separately about any other cases you filed. |
| **USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.** |
| Nebraska Service Center<br>U.S. CITIZENSHIP & IMMIGRATION SVC<br>P.O. Box 82521<br>Lincoln NE 68501-2521 |
| **USCIS Contact Center: www.uscis.gov/contactcenter** |



FORM I-797 [REV. 08/01/16]



CANASTO ENVIOS
Agent of ENVIOS DE VALORES LA NACIONAL
AVE. BORIQUEN 2209, BO.OBRERO, SANTURCE    Phone: 787-728-0230

der/Remitente: [6110-002370
EL LUIS ESPINAL GARCIA
OROSO #263
TURCE, PR
967-6639

ceiver/Beneficiario:
ELISA ALMEIDA

ANA, 8
PUBLICA DOMINICANA
9-801-6504

ssage/Mensaje:

11/10/2008 12:56:03 PR6110 AINFANTE 1

e Exhange Rate for this Transaction was '1.0000'

Invoice #: 6110-00003457

Date: 11/10/2008
Time: 04:49:15 PM

Pagador:
EXPRESS C. POR LA.
IANAS #5           108-3208

Charges US$

100.00
5.00
5.00
0.00

110.00

W... (Receive/Recibir :

R... $ 279.00

VES DEL SISTEMA DE COMPUTACION DE REMESAS LA NACIONAL (PR) CORP
IRECCION DE LA OFICINA Y/O AGENTE Y EL NUMERO CORRECTO DEL RECIBO

omer/Cliente

de / Favor lea al dorso.

(ESTE RECIBO NO ES VALIDO (Y SERA NULO) SI NO ES PROCESADO A TR
ONTIENE LA IMPRESION GENERADA POR COMPUTADOR DEL NO...

Please

Teller/Operador



**QUISQUEYANA**®

4468 Broadway • New York, NY 10040
Tel. (212) 567-0210 • 1 (800) 892-0210
Fax (212) 942-0838

Remesas Quisqueyana, Inc.
EL CANASTO LIQUOR
AVE. BORINQUEN #2229
SAN JUAN, PR 00915-4403
Tel. 787/727/1391    Fax. 787/727/1617
Agente autorizado de Remesas Quisqueyana, Inc.
Lic. #

Remitente:0000000194
ANGEL ESPINAL
CCORDOS02263 BOOBRERO
SAN JUAN, PUERTO RICO  00915
7876510760

Os en esta transaccion:
Total Available Q's:

18/07/2009    13:29:46

Beneficiario:0000000072
IDELISA ALMEIDA
C/CIRCUNVALACION ENTRADA LA MEZCLA
DEIRAS DEL HOSPITAL
SABANA, SAMANA    REPUBLICA DOMINI
8298816504 3

Moneda PUS: US Dollar
Cant. Trans:         175.00
Comision:              0.00
Env. Esp.:             0.00
                       0.00

PREPARADO POR

Bluemoon Advertising Group • (787) 790-4902

**QUISQUEYANA**®
4468 Broadway • New York, NY 10040
Tel. (212) 567-0210 • 1 (800) 892-0210
Fax (212) 942-0838

Remesas Quisqueyana, Inc.
EL CANASTO LIQUOR
AVE. BORINQUEN #2209
SAN JUAN, PR 00915-4403

08/03/2009
12:05:28

Tel. 787/727/159 Fax 787/727/1817

Agente autorizado de Remesas Quisqueyana, Inc.
Lic. #
Trans.: Transferencia de Dinero: A1733-0000000726

Remitente:0000000194
ANGEL ESPINAL
LCURKUSU
SAN JUAN, PUERTO RICO 00915
787661076D

Beneficiario:0000000002
IDELISA ALMEIDA
SAMANA

SAMANA SAMANA REPUBLICA DOMINI
8298816504

Qs en esta transaccisn:
Total Available Wis:

Payer:LARIOLA,S.A.
CARIBE EXPRESS
LLAVE LAS MARINAS #5
SAMANA, SAMANA
Tel. 809-538-3206

Moneda POS: US Dollar
Cant. Transfer.:        50.00
Comisisn:                0.00
Entrega Especial:        0.00
Cable:                   0.50
Discount: 0.00 %         0.00
Monto Pagado:           50.50

Pagar al Benefic:     1,667.50
DOMINICAN REPUBLIC PESO

CLIENTE                PREPARADO POR

Eloida Medina

Please check the above information before signing this receipt. The above information is the client's sole responsibility. The above information may be subject to the transfer fee. Remesas Quisqueyana, Inc. makes money when it changes your dollars into foreign currency. We do not disclose any non-public personal information about our customers or former customer, except as permitted by law. This transaction is subject to the rules and conditions as listed on this receipt. Your signature acknowledges acceptance of these terms.

Por favor revise la información contenida en este recibo antes de firmarlo. La información contenida en este recibo es responsabilidad del cliente únicamente. Además de los cargos por el servicio de transferencia, Remesas Quisqueyana, Inc. también gana dinero cuando cambia sus dólares a moneda extranjera. Nosotros no divulgamos ninguna información privada sobre nuestros clientes, excepto lo permitido por la ley. Esta transacción está sujeta a las reglas y condiciones detalladas en este recibo. Su firma significa reconocimiento y aceptación de dichos términos.

Bluemoon Advertising Group • (787) 790-4902

**QUISQUEYANA**
ENVÍOS DE DINERO
1550 N. Brown Road • Lawrenceville, GA 30043
Phone: 1.800.892.0210 • Fax: (678) 407.7030

Remesas Quisqueyana, Inc.

Remesas Quisqueyana Inc. (RQI)
EDITH MULTISERVICES
AVE. BORINQUEN #2275 BO. OBRERO

18/12/2010
14:20:00

SANTURCE, PUERTO RICO - 00915-4404
Tel. 7872683309 Fax. 7872683349
Agente autorizado de Remesas Quisqueyana Inc. (RQI)

Lic. #
Trans: Transferencia de Dinero: A3446-000000004040

Beneficiario:0000000001
VERONICA MARTES
CALLE MIGUEL DIAZ ESQ. DIEGOTRAN E
ALMIRANTE
SANTO DOMINGO, SANTO DOMINGO    RE
8092058693

Remitente:0000005816
LEONCIO MARTES
SANTURCE
SAN JUAN, PUERTO RICO  00915
7879676639

Qs en esta transaccion:                    0
Total Available Q's:                       0

Moneda POS:   US Dollar
Cant. Transfer.:        101.00
Comision:                 0.00
Ent. Esp./Ajuste:         0.00
Cable:                    0.00
Discount:      0.00 %

Monto Pagado:
DOMINICAN REPUBLIC PESO     35.0000
Tasa de Cambio:

Pagado: CARIOCA BANCO UNION (DBMI
CARIOCA BANCO UNION - OFICINA PRINS
SANTO DOMINGO, SANTO DOMINGO
_____
TELLER/ CAJERO

SIGNATURE / FIRMA: 6200000739

Please check the above information before signing this receipt. The above information is the client's sole responsibility. In addition to the transfer fee, Remesas Quisqueyana, Inc. makes money when it changes your dollars into foreign currency. We do not disclose any non-public information about our customers or former customer, except as permitted by law. This transaction is subject to the rules and conditions as listed on back of this receipt. Your signature acknowledges acceptance of these terms. Quisqueyana "Money Transfer is trademark of Remesas Quisqueyana, Inc. (RQI International Money Transmitters). ©2009 RQI - All rights reserved.

Por favor revise la información contenida en este recibo antes de firmarlo. La información en este recibo es responsabilidad del cliente únicamente. Además de los cargos por el servicio de transferencia, Remesas Quisqueyana, Inc. también gana dinero cuando cambia sus dólares a moneda extranjera. Nosotros no divulgamos ninguna información privada sobre nuestros clientes excepto lo permitido por la ley. Esta transacción está sujeta a las reglas y condiciones detalladas en el reverso de este recibo. Su firma significa reconocimiento y aceptación de dichos términos. Quisqueyana "Envío de Dinero es marca de Remesas Quisqueyana, Inc. (RQI International Money Transmitters). ©2009 RQI - Todos los derechos reservados.

**QUISQUEYANA**
ENVÍOS DE DINERO

1550 N. Brown Road • Lawrenceville, GA 30043
Phone: 1.800.892.0210 • Fax: (678) 407.7030

Remesas Quisqueyana, Inc.

Remesas Quisqueyana Inc. (RQI)
EDITH MULTISERVICES
AVE. BORINQUEN #2275 PO. OBRERO

SANTURCE, PUERTO RICO  00915-4404
Tel. 7872683349  Fax. 7872683349
Agente autorizado de Remesas Quisqueyana Inc. (RQI)

18/12/2010
14:17:52

Remitente:00000005015
LEONCIO MARTES
SANTURCE
SAN JUAN, PUERTO RICO  00915
7879676639

Lic. #
Transf: Trans

Beneficiario:00000000008
IDL ISA ALMEIDA
CAMINO POR LA PLAYA
SANTO DOMINGO  SAMANA  REPUBLICA DOMINI

Benencia de Dinero: A3446-0000004039

Os en esta transaccion:          0
Total Available Q'si:            0

Pagador:CARIBE EXPRESS (DOMICILIO
CARIBE EXPRESS -.SAMANA
AV. LAS MARINAS # 5
SAMANA, SAMANA
Tel. 809-595-3864
CLAVE/FOLIO:2513:000073312

Moneda POS: US Dollar
Cant. Transfer:              171.44
Comision:                      0.00
Eni. Esp./Ajuste:              0.00
Calle:                         0.00
Discount: 0.00 %

Total Pagado:                171.44

_____
SIGNATURE / FIRMA

_____
TELLER / CAJERO

Please check the above information before signing this receipt. The above information is the client's sole responsibility. In addition to the transfer fee, Remesas Quisqueyana, Inc. makes money when it changes your dollars into foreign currency. We do not disclose any non-public information about our customers or former customer, except as permitted by law. This transaction is subject to the rules and conditions as listed on back of this receipt. Your signature acknowledges acceptance of these terms. Quisqueyana Money Transfer is trademark of Remesas Quisqueyana, Inc. (RQI International Money Transmitters). ©2009 RQI - All rights reserved.

Por favor revise la información contenida en este recibo antes de firmarlo. La información en este recibo es responsabilidad del cliente únicamente. Además de los cargos por el servicio de transferencia, Remesas Quisqueyana, Inc. también gana dinero cuando cambia sus dólares a moneda extranjera. Nosotros no divulgamos ninguna información privada sobre nuestros clientes, excepto lo permitido por la ley. Esta transacción está sujeta a las reglas y condiciones detalladas en el reverso de este recibo. Su firma significa reconocimiento y aceptación de dichos términos. Quisqueyana Envío de Dinero es marca de Remesas Quisqueyana, Inc. (RQI International Money Transmitters). ©2009 RQI - Todos los derechos reservados.





GOBIERNO DE PUERTO RICO
Autoridad de Acueductos y Alcantarillados

P.O. BOX 70101, SAN JUAN, PR 00936-8101

Cliente:  **ANGEL L ESPINAL GARCIA**

**Datos de la Cuenta**
Clase de servicio:  Residencial
Diámetro del contador:  5/8"
Porción:  34
Días de consumo facturado:  31

Centro Servicio al Cliente 787-620-2482
www.acueductospr.com

NÚMERO DE CUENTA:      00022547330 5
FECHA DE FACTURA:        11/19/2020
FECHA DE VENCIMIENTO:  12/10/2020
TOTAL A PAGAR:  $42.08

CANTIDAD ENVIADA:  $ _____

Recuerden que también pueden realizar su
pago, ya sea parcial o total, en cualquier
localidad que acepten pagos de la AAA.

00022547 330 5 0000004208 5

SCH 5-DIGIT 00908  I026115 P1  T50

ANGEL L ESPINAL GARCIA
BARRIO OBRERO
523 CALLE B LAS CASAS PMB ALT
SAN JUAN PR 00915-4311

W 911820

DTOP-DIS-699
Rev. 08/2019

GOBIERNO DE PUERTO RICO / GOVERNMENT OF PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS / DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR / DIRECTOR OF DRIVER SERVICES
DIVISIÓN DE VEHÍCULOS DE MOTOR / MOTOR VEHICLES DIVISION

## INFORMACIÓN DEL CONDUCTOR O PROPIETARIO AUTORIZADO
## DRIVER OR AUTHORIZED OWNER DRIVING RECORD CERTIFICATE

**Nombre / Name:** ESPINAL GARCIA, ANGEL LUIS
ssid: XXX-XX-7936

**Impreso / Printed:** 20 ene 2026
**ID Code:** 387 / 9090 / 13907
**Total Páginas / Total Pages:** 2

**Dirección Residencial / Residential Address:** BO OBRERO
523 BARTOLOME DE LAS CASAS
SAN JUAN 00915

**Dirección Postal / Postal Address:** BO OBRERO
523 BARTOLOME DE LAS CASAS
SAN JUAN 00915

**Fecha Nacimiento / DOB:** 08 dic 1989
**Sangre / Blood:**
**Sexo / Sex:** M
**Altura / Height:** 5'07"

**Peso / Weight:** 185 lbs
**Pelo / Hair:** Negro
**Ojos / Eyes:** Marrones
**Piel / Skin:** Medio Marrón

**\*Categoría / Category:** Conductor ( 3 )
**Licencia / License:** 6706846
**Expedición / Issuance:** 07 dic 2020
**Expiración / Expiration:** 16 sept 2021
**Conductor desde / Driver since:** 30 dic 2014
**Real ID:** No

**Puntos / Points:** Ninguno / None
**Multas / Administratives Fines:** 8
**Total:** $ 860.00

**Permiso Impedido / Ninguno / None
**Expiración / Expiration:** NA

Mary L. Fuster Romero
Director/a Ejecutivo/a / Executive Director

15

GOBIERNO DE **PUERTO RICO**
GOVERNMENT OF

**NUM 6 7 0 6 8 4 6**

**ANGEL LUIS**
**ESPINAL GARCIA**

BO OBRERO
523 BARTOLOME DE LAS CASAS
SAN JUAN, PR 00915

**NOT FOR REAL ID PURPOSES**

DOB/NAC 08Dic1989
ISS/EMI 13Feb2018
E NONE
R NONE
EXP 08Dic2020

**CONDUCTOR**  3  **OPERATOR**

N

Angel Luis Espinal Garcia

16

Form **1040-SS**

# U.S. Self-Employment Tax Return
**(Including the Additional Child Tax Credit for Bona Fide Residents of Puerto Rico)**
U.S. Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or Puerto Rico
For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, and ending _____, 20 _____

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0074

**2024**

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| HENRY | GARCIA ALMEIDA | 818  87  6074 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| NURQUI M | HERNANDEZ MOTA | 596  36  0843 |

Home address (number, street, and apt. no., or rural route)
611 CALLE JULIO GONZALEZ, URB DELICIAS

City, town or post office, commonwealth or territory, and ZIP code
SAN JUAN PR 00924

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions) . . . . . . . . . . . ☐ Yes  ☒ No

## Part I  Total Tax and Credits (see instructions)

**1  Filing status.** Check the box for your filing status.
☐ Single  ☒ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household  ☐ Qualifying surviving spouse
If you checked the MFS box, enter spouse's social security no. above and full name here: _____

**2  Qualifying children.** Complete **only** if you are a bona fide resident of Puerto Rico and you are claiming the additional child tax credit. If more than four qualifying children, see instructions and check here . . . . . . . . . . . . ☐

| (a) First name    Last name | (b) Child's social security number | (c) Child's relationship to you |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| | | | | |
|---|---|---:|---|---:|
| 3 | Self-employment tax from Schedule SE (Form 1040), line 12. Attach Schedule SE (Form 1040) and applicable schedules . . . . . . . . . | **3** | 7609 | |
| 4 | Household employment taxes. Attach Schedule H (Form 1040) . . . | **4** | 0 | |
| 5 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . | **5** | 0 | |
| 6 | Other taxes . . . . . . . . . . . . . . . . . | **6** | 0 | |
| 7 | **Total tax.** Add lines 3 through 6 . . . . . . . . . . . | **7** | | 7609 |
| 8 | 2024 estimated tax payments . . . . . . . . | **8** | 0 | |
| 9 | Excess social security tax withheld . . . . . . | **9** | 0 | |
| 10 | Additional child tax credit from Part II, line 19 . . . | **10** | 0 | |
| 11a | Additional Medicare Tax withheld. Attach Form 8959 . | **11a** | 0 | |
| b | Amount paid with request for extension of time to file . | **11b** | 0 | |
| 12 | **Total payments and credits.** Add lines 8 through 11b . . . . . | **12** | | 0 |
| 13 | If line 12 is more than line 7, subtract line 7 from line 12. This is the amount you **overpaid** . | **13** | | 0 |
| 14a | Amount of line 13 you want **refunded to you.** If Form 8888 is attached, check here . . . . ☐ | **14a** | | 0 |
| b | Routing number | | | |
| d | Account number | c  Type: ☐ Checking  ☐ Savings | | |
| 15 | Amount of line 13 you want applied to 2025 estimated tax | **15** | 0 | |
| 16 | **Amount you owe.** If line 7 is more than line 12, subtract line 12 from line 7 . . . . . . | **16** | | 7609 |

Stamp text: INTERNAL REVENUE SERVICE / TAXPAYER SERVICES / GUAYNABO PR 00968 / MAR 27 2025 / PROOF OF DELIVERY / 223109 / NOT AN OFFICIAL RECEIPT

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ Yes. Complete the following.  ☒ No |
|---|---|
| | Designee's name ____  Phone no. ____  Personal identification number (PIN) ____ |

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature *HENRY Garcia D* | Date 3/12/2025 | Daytime phone number 787-214-7513 | If the IRS sent you an Identity Protection PIN, enter it here (see instructions) |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date 3/12/2025 | | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instructions) |

**Paid Preparer Use Only**

| Preparer's name Dennis Caban | Preparer's signature | Date 3/12/2025 | Check ☐ if self-employed | PTIN P0-0733252 |
|---|---|---|---|---|
| Firm's name TAX RETURN PROCESSING CENTER OF PR | | | Firm's EIN 83-2980026 | |
| Firm's address 9459 SW 67TH LN GAINESVILLE FL 32608 | | | Phone no. 787-923-4114 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040-SS** (2024)

Form 1040-SS (2024)     Page **2**

## Part II    Bona Fide Residents of Puerto Rico Claiming Additional Child Tax Credit (see instructions)

**1** Do you have one or more qualifying children under age 17 with the required social security number?
   ☒ **No.** Stop. You can't claim the credit.
   ☐ **Yes.** Go to line 2.

**2** Number of qualifying children under age 17 with the required social security number:
  _____ x $1,700 . . . . . . . . . . . . . . . | **2** |

**3** Enter your modified adjusted gross income . . . . . . . . . | **3** | |

**4** Enter the amount shown below for your filing status . . . . . . . | **4** | |
   • Married filing jointly – $400,000
   • All other filing statuses – $200,000

**5** Is the amount on line 3 more than the amount on line 4?
   ☒ **No.** Leave line 5 blank. Enter the amount from line 2 on line 11, and go to line 12.
   ☐ **Yes.** Subtract line 4 from line 3. If the result isn't a multiple of $1,000, increase it to the next multiple of $1,000 (for example, increase $425 to $1,000, increase $1,025 to $2,000, etc.) . . . . . . . . . | **5** | |

**6** Multiply the amount on line 5 by 5% (0.05) . . . . . . . . . | **6** | |

**7** Number of qualifying children from line 2 x $2,000 . . . . . . . | **7** | |

**8** Number of other dependents, including children who are not under age 17:
  _____ x $500. See instructions . . . . . . . . . | **8** | |

**9** Add lines 7 and 8 . . . . . . . . . . . . . . . . . | **9** | |

**10** Is the amount on line 9 more than the amount on line 6?
   ☐ **No.** Stop. You can't claim the credit.
   ☐ **Yes.** Subtract line 6 from line 9 . . . . . . . . . . | **10** | |

**11** Enter the **smaller** of line 2 or line 10 . . . . . . . . . . | **11** | |

**12a** Enter one-half of self-employment tax from Part I, line 3 . . . . | **12a** | 3805 |
   **b** Enter one-half of the Additional Medicare Tax on self-employment income from Form 8959, line 13 . . . . . . . . . . . | **12b** | 0 |
   **c** Add lines 12a and 12b . . . . . . . . . . . . . | **12c** | |

**13a** Enter the amount, if any, of withheld social security, Medicare, and Additional Medicare taxes from Puerto Rico Form(s) 499R-2/W-2PR (**attach copy of form(s)**). If married filing jointly, include your spouse's amounts with yours . | **13a** | 0 |
   **b** Enter the amount reported on Part I, line 6, if any, of employee social security and Medicare tax on tips not reported to employer from Form 4137 . . . . | **13b** | |
   **c** Enter the amount reported on Part I, line 6, if any, of uncollected employee social security and Medicare tax on wages from Form 8919 . . . . . | **13c** | |
   **d** Enter the amount reported on Part I, line 6, if any, of uncollected employee social security tax and Medicare tax on tips and group-term life insurance . | **13d** | |
   **e** Enter the amount, if any, of Additional Medicare Tax on Medicare wages from Form 8959, line 7 . . . . . . . . . . . . | **13e** | 0 |
   **f** Add lines 13a through 13e . . . . . . . . . . . . | **13f** | |

**14** Add lines 12c and 13f . . . . . . . . . . . . . . | **14** | |

**15** Enter the amount, if any, of Additional Medicare Tax withheld from Form 8959, line 22 . . . . . . . . . . . . . . . . . | **15** | |

**16** Subtract line 15 from line 14 . . . . . . . . . . . | **16** | |

**17** Enter the amount, if any, from Part I, line 9 . . . . . . . . | **17** | |

**18** Is the amount on line 16 more than the amount on line 17?
   ☒ **No.** Stop. You can't claim the credit.
   ☐ **Yes.** Subtract line 17 from line 16 . . . . . . . . . . | **18** | |

**19** **Additional child tax credit.** Enter the smaller of line 11 or line 18 here and on Part I, line 10 . . . | **19** | |

Form **1040-SS** (2024)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information. | **2024** Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| HENRY GARCIA ALMEIDA | 818 87 6074 |

**A** Principal business or profession, including product or service (see instructions)
CONTRUCTION SERVICE, CONTRUCTION SERVICE

**B** Enter code from instructions: 5 4 1 1 9 9 0

**C** Business name. If no separate business name, leave blank.
HENRY GARCIA ALMEIDA

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) 6U CALLE JULIO GONZALEZ URB DELICI AS
City, town or post office, state, and ZIP code    SAN JUAN PR 00924

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses . ☐ Yes ☐ No

**H** If you started or acquired this business during 2024, check here . . . . . . . . . . . ☒

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I   Income**

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ☐ | **1** 111712 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** 0 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **3** 111712 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . | **4** 0 |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . | **5** 111712 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | **6** 0 |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . ▶ | **7** 111712 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . . | **8** 0 | 18 | Office expense (see instructions) . | **18** 0 |
| 9 | Car and truck expenses (see instructions) . . . | **9** 5400 | 19 | Pension and profit-sharing plans . | **19** 0 |
| 10 | Commissions and fees . . | **10** 0 | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** 24400 | a | Vehicles, machinery, and equipment | **20a** 0 |
| 12 | Depletion . . . . . | **12** 3900 | b | Other business property . . . | **20b** 0 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | **13** 0 | 21 | Repairs and maintenance . . . | **21** 0 |
| | | | 22 | Supplies (not included in Part III) . | **22** 37520 |
| | | | 23 | Taxes and licenses . . . . . | **23** 0 |
| 14 | Employee benefit programs (other than on line 19) . | **14** 0 | 24 | Travel and meals: | |
| | | | a | Travel . . . . . . . . | **24a** 0 |
| 15 | Insurance (other than health) | **15** 0 | b | Deductible meals (see instructions) | **24b** 0 |
| 16 | Interest (see instructions): | | 25 | Utilities . . . . . . . | **25** 0 |
| a | Mortgage (paid to banks, etc.) | **16a** 0 | 26 | Wages (less employment credits) . | **26** 0 |
| b | Other . . . . . . | **16b** 0 | 27a | Other expenses (from line 48) . . | **27a** 920 |
| 17 | Legal and professional services | **17** 0 | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | **27b** 0 |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . ▶ | **28** 72140 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | **29** 39572 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | **30** |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** 39572 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.                    Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024                                                                                           Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to
value closing inventory:   **a** ☐ Cost        **b** ☐ Lower of cost or market      **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ **Yes**        ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation  .  .  . | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use  .  .  .  .  .  .  .  .  .  . | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself .  .  .  .  .  .  .  .  .  . | **37** | |
| **38** | Materials and supplies  .  .  .  .  .  .  .  .  .  .  . | **38** | |
| **39** | Other costs .  .  .  .  .  .  .  .  .  .  . | **39** | |
| **40** | Add lines 35 through 39  .  .  .  .  .  .  .  .  .  . | **40** | |
| **41** | Inventory at end of year  .  .  .  .  .  .  .  .  .  . | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4  .  .  .  .  .  . | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year)   01 / 01 / 2024

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business    8060        **b** Commuting (see instructions)    0        **c** Other    0

**45** Was your vehicle available for personal use during off-duty hours?  .  .  .  .  .  .  .  .  .  .  ☐ Yes      ☒ **No**

**46** Do you (or your spouse) have another vehicle available for personal use?.  .  .  .  .  .  .  .  .  .  ☐ Yes      ☒ **No**

**47a** Do you have evidence to support your deduction?  .  .  .  .  .  .  .  .  .  .  .  .  ☒ **Yes**      ☐ No

**b** If "Yes," is the evidence written?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☒ **Yes**      ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. |
|---|---|

| | |
|---|---|
| CELULAR BILL | 920 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on line 27a  .  .  .  .  .  .  .  .  .  .  .  .  **48** | 920 |

20

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
## (Sole Proprietorship)

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**

**Go to www.irs.gov/ScheduleC for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment Sequence No. **09**

Name of proprietor
**NURQUI M HERNANDEZ MOTA**

Social security number (SSN)
596   36   0843

| A | Principal business or profession, including product or service (see instructions)<br>MAINTENANCE SERVICES, MAINTENANCE SERVICES | **B** Enter code from instructions<br>5 \| 4 \| 1 \| 9 \| 9 \| 0 |
|---|---|---|

| C | Business name. If no separate business name, leave blank.<br>    NURQUI M HERNANDEZ MOTA | **D** Employer ID number (EIN) (see instr.) |
|---|---|---|

| E | Business address (including suite or room no.) ▶ 6U CALLE JULIO GONZALEZ URB DELICIAS |
|---|---|
|   | City, town or post office, state, and ZIP code   SAN JUAN PR 00924 |

**F** Accounting method:   **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses  .  ☐ Yes  ☐ No

**H** If you started or acquired this business during 2024, check here  .  .  .  .  .  .  .  .  ▶ ☒

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions  .  .  .  .  .  ☐ Yes  ☐ No

**J** If "Yes," did you or will you file required Form(s) 1099?  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes  ☐ No

## Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  .  .  .  .  .  .  ☐ | **1** | 18200 |
| 2 | Returns and allowances  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **2** | 0 |
| 3 | Subtract line 2 from line 1  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **3** | 18200 |
| 4 | Cost of goods sold (from line 42)  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **4** | 0 |
| 5 | **Gross profit.** Subtract line 4 from line 3  .  .  .  .  .  .  .  .  .  .  .  . | **5** | 18200 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)  .  .  .  . | **6** | 0 |
| 7 | **Gross income.** Add lines 5 and 6  .  .  .  .  .  .  .  .  .  .  .  .  .  ▶ | **7** | 18200 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising  .  .  .  .  . | **8** | 0 | 18 | Office expense (see instructions)  . | **18** | 0 |
| 9 | Car and truck expenses (see instructions)  .  .  . | **9** | 2320 | 19 | Pension and profit-sharing plans  . | **19** | 0 |
| 10 | Commissions and fees  . | **10** | 0 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | 0 | a | Vehicles, machinery, and equipment | **20a** | 0 |
| 12 | Depletion  .  .  .  . | **12** | 0 | b | Other business property  .  .  . | **20b** | 0 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)  .  .  .  . | **13** | 0 | 21 | Repairs and maintenance  .  .  . | **21** | 0 |
|  |  |  |  | 22 | Supplies (not included in Part III)  . | **22** | 0 |
|  |  |  |  | 23 | Taxes and licenses  .  .  .  .  . | **23** | 0 |
|  |  |  |  | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19)  . | **14** | 0 | a | Travel  .  .  .  .  .  .  . | **24a** | 0 |
| 15 | Insurance (other than health) | **15** | 0 | b | Deductible meals (see instructions) | **24b** | 0 |
| 16 | Interest (see instructions): |  |  | 25 | Utilities  .  .  .  .  .  .  . | **25** | 0 |
| a | Mortgage (paid to banks, etc.) | **16a** | 0 | 26 | Wages (less employment credits) | **26** | 0 |
| b | Other  .  .  .  .  . | **16b** | 0 | 27a | Other expenses (from line 48)  .  . | **27a** | 1604 |
| 17 | Legal and professional services | **17** | 0 | b | Energy efficient commercial bldgs deduction (attach Form 7205)  . | **27b** | 0 |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b  .  .  .  .  .  .  ▶ | | | | | **28** | 3924 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7  .  .  .  .  .  .  .  .  .  .  .  . | | | | | **29** | 14276 |

| | | | |
|---|---|---|---:|
| 30 | Expenses for business use of your home. **Do not** report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30  .  .  .  .  .  .  .  . | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 14276 |

| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
|---|---|---|---|
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach Form 6198. Your loss may be limited. | **32a** ☐ | All investment is at risk.<br>**32b** ☐ Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see the separate instructions.**

Schedule C (Form 1040) 2024

Schedule C (Form 1040) 2024    Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

33  Method(s) used to
value closing inventory:  **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**    ☐ **No**

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month/day/year)  _____/_____/_____

44  Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a**  Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☐ **Yes**    ☐ **No**

46  Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . ☐ **Yes**    ☐ **No**

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ **Yes**    ☐ **No**

  **b**  If "Yes." is the evidence written? . . . . . . . . . . . . . . . . . . ☐ **Yes**    ☐ **No**

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26, line 27b, or line 30. |
|---|---|

| | |
|---|---|
| CELULAR EXPENSES | 1604 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  **Total other expenses.** Enter here and on line 27a . . . . . . . . . . 48 | 1604 |

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

**Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.**
**Go to www.irs.gov/ScheduleSE for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **17**

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR) | Social security number of person with self-employment income | | | |
|---|---|---|---|---|
| HENRY GARCIA ALMEIDA | | 818 | 87 | 6074 |

**Part I    Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I   .   .   .   .   .   .   .   . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A   .   .   .   .   .   .   .   .   .   .   .   .   . | **1a** | 0 |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** | ( 0) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | |
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 39572 |
| **3** | Combine lines 1a, 1b, and 2   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **3** | 39572 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3   . | **4a** | 36545 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here   .   .   .   . | **4b** | 0 |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue   .   .   .   .   .   . | **4c** | 36545 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income   |   **5a** 0 | **5b** | 0 |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-   .   .   .   .   .   .   .   . | | |
| **6** | Add lines 4c and 5b   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **6** | 36545 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024   .   .   .   .   .   . | **7** | 168.600 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11   .   .   .   .   .   .   .   .   .   |   **8a** 0 | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10   .   .   . |   **8b** 0 | | |
| **c** | Wages subject to social security tax from Form 8919, line 10   .   .   .   .   . |   **8c** 0 | | |
| **d** | Add lines 8a, 8b, and 8c   .   .   .   .   .   .   .   .   .   .   .   .   . | **8d** | 0 |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11   .   .   . | **9** | 168600 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124)   .   .   .   .   .   .   . | **10** | 4532 |
| **11** | Multiply line 6 by 2.9% (0.029)   .   .   .   .   .   .   .   .   .   .   .   . | **11** | 1060 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3**   .   .   .   .   .   .   .   .   .   .   .   . | **12** | 5592 |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**   .   .   .   .   .   .   .   .   .   .   |   **13** | | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule SE (Form 1040) 2024

| **Part II** | **Optional Methods To Figure Net Earnings** (see instructions) | | |
|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,380, **or (b)** your net farm profits[2] were less than $7,493.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . | 14 | 6,920 |
| 15 | Enter the **smaller** of: two-thirds (²⁄₃) of gross farm income[1] (not less than zero) **or** $6,920. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . | 15 | 0 |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,493 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . | 16 | 0 |
| 17 | Enter the **smaller** of: two-thirds (²⁄₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . . | 17 | 0 |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.

[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.

[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.

[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

| SCHEDULE SE | **Self-Employment Tax** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | | **2024** |
| Department of the Treasury<br>Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, or 1040-NR.<br>Go to *www.irs.gov/ScheduleSE* for instructions and the latest information. | Attachment<br>Sequence No. **17** |

| Name of person with self-employment income (as shown on Form 1040, 1040-SR, 1040-SS, or 1040-NR)<br>NURQUI M HERNANDEZ MOTA | Social security number of person<br>with self-employment income | 596 36 0843 |
|---|---|---|

**Part I**  **Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**  If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . | **1a** | 0 |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AQ | **1b** | ( 0) |
| | Skip line 2 if you use the nonfarm optional method in Part II. See instructions. | | |
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 14276 |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . | **3** | 14276 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . | **4a** | 13184 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | **4b** | 0 |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . | **4c** | 13184 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income . . . . . . . . . | **5a** 0 | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . . . | **5b** | 0 |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . . . . . . | **6** | 13184 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2024 . . . . . . . . . . . | **7** | 168,600 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $168,600 or more, skip lines 8b through 10, and go to line 11 . . . . . . | **8a** 0 | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . | **8b** 0 | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . . | **8c** 0 | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . . . . . | **8d** | 0 |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . | **9** | 168600 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . . . . . . | **10** | 1635 |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . . . . . . | **11** | 382 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4,** or **Form 1040-SS, Part I, line 3** . . . . . . . . . . . . . . . . . . . . | **12** | 2017 |
| **13** | **Deduction for one-half of self-employment tax.**<br>Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . . . . . . . . | **13** | |

For Paperwork Reduction Act Notice, see your tax return instructions.  Schedule SE (Form 1040) 2024

Schedule SE (Form 1040) 2024

| Part II | Optional Methods To Figure Net Earnings (see instructions) | | |
|---|---|---|---|

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $10,380, **or (b)** your net farm profits[2] were less than $7,493.

| | | | |
|---|---|---|---|
| 14 | Maximum income for optional methods . . . . . . . . . . . . . . | **14** | 6,920 |
| 15 | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $6,920. Also, include this amount on line 4b above . . . . . . . . . . . . . . . . . . . . | **15** | 0 |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $7,493 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| 16 | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . | **16** | 0 |
| 17 | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . . . . . . . | **17** | 0 |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

Schedule SE (Form 1040) 2024

26

Keep this Form 1040-V for your records.

Do not send any check or money order for the amount printed on this Form 1040-V.

Because you have already opted to pay the full tax amount you owe through Electronic Fund Withdrawal.

▼Detach Here and Mail With Your Payment and Return. ▼

| Department of the Treasury Internal Revenue Service | 2024 | Form 1040-V Payment Voucher |
|---|---|---|

▶ Use this voucher when making a payment with Form 1040.
▶ Do not staple this voucher or your payment to Form 1040.
▶ Make your check or money order payable to the "United States Treasury."
▶ Write your social security number (SSN) on your check or money order.

| Enter the amount of your payment ▶ | 7609.00 |
|---|---|

1211

HENRY GARCIA ALMEIDA AND NURQUI M H
611 CALLE JULIO GONZALEZ
URB DELICIAS
SAN JUAN, PR 00924

INTERNAL REVENUE SERVICE
P.O. Box 1303,
CHARLOTTE, NC 28201-1303

818876074 DT GARC 30 0 202412 610

26-

C

Keep this Form 1040-V for your records.

Do not send any check or money order for the amount printed on this Form 1040-V.

Because you have already opted to pay the full tax amount you owe through Electronic Fund Withdrawal.

▼ Detach Here and Mail With Your Payment and Return. ▼

| Department of the Treasury Internal Revenue Service | 2024 | Form 1040-V Payment Voucher |
|---|---|---|

▶ Use this voucher when making a payment with Form 1040.
▶ Do not staple this voucher or your payment to Form 1040.
▶ Make your check or money order payable to the "United States Treasury."
▶ Write your social security number (SSN) on your check or money order.

| Enter the amount of your payment ▶ | 7609.00 |
|---|---|

1211

HENRY GARCIA ALMEIDA AND NURQUI M H
611 CALLE JULIO GONZALEZ
URB DELICIAS
SAN JUAN, PR 00924

INTERNAL REVENUE SERVICE
P.O. Box 1303,
CHARLOTTE, NC 28201-1303

818876074 DT GARC 30 0 202412 610

27



ADVERTENCIAS

1. Esta pasaporte tendrá validez solo si está firmado por la persona a quien le fue expedido.

2. Todo pasaporte que presente señales de haber sido alterado carece de validez.

3. Este pasaporte sólo es válido para la persona a cuyo favor se ha expedido, según consta en la página dos (2).

4. Las expediciones y renovaciones de pasaportes serán hechas por los funcionarios competentes de la Dirección General de Pasaportes y del Ministerio de Relaciones Exteriores.

5. Este pasaporte contiene 48 páginas con numeración ordinal.

WARNINGS

1. This passport will only be valid if it is signed by the person to whom it was issued.

2. Any passport that shows signs of having been altered has no validity.

3. This passport is only valid for the person on whose behalf it has been issued, as stated on page 2.

4. The expeditions and renewals of passports were performed by competent officials of the General Directorate of Passport and the Ministry of Foreign Affairs.

5. This passport contains 48 pages with ordinal numeration.

AVERTISSEMENTS

1. Ce passeport est valable que s'il est signé par la personne à qui il a été délivré.

2. Les passeports que présente des signes d'avoir été modifie sans valeur.

3. Ce passeport est seulement valable pour la personne à qui a été délivré, comme indiqué dans la page 2.

4. Les expéditions et des renouvellements de passeports sont faits par les fonctionnaires compétents de la Dirección General de Passeports et du Ministère des Affaires Étrangères.

5. Ce passeport contient 48 pages de numérotation ordinale.

PASAPORTE / Passport · REPÚBLICA DOMINICANA · Dominican Republic



| Tipo/Type | Código de País/Country Code | No. de Pasaporte/Passport No. |
|---|---|---|
| P | DOM | PRO343918 |

**Apellidos/Surname**
ESPINAL GARCIA

**Nombres/Given Name**
ANGEL LUIS

**Nacionalidad/Nationality**
DOMINICANA

**Fecha de nacimiento/Date of birth**
08 DEC/DIC 1989

**Número personal/Personal No.**
065-0038614-6

**Sexo/Sex**
M

**Lugar de nacimiento/Place of birth**
SAMANA, RD

**Fecha de expedición/Date of issue**
11 AUG/AGO 2025

**Autoridad/Authority**
PUERTO RICO

**Fecha de expiración/Date of expiry**
11 AUG/AGO 2031

**Firma del titular/Holder's signature**

P<DOMESPINAL<GARCIA<<ANGEL<LUIS<<<<<<<<<<<<<<
PRO3439186DOM8912086M310811406500386146<<<74