

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**GUAYNABO (SAN JUAN) IMMIGRATION COURT**

Respondent Name:

    GARCIA ESPINAL, ANGEL LUIS

To:

    GONZALEZ-RUCCI, ROSAURA
    P. O. BOX 6363
    LOIZA STREET STATION
    SAN JUAN, PR 00914

A-Number:
240-392-544
Riders:
In Custody Redetermination Proceedings

Date:
01/23/2026

☐ Unable to forward - no address provided.

☑ Attached is a copy of the **decision of the Immigration Judge.** This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:

    Board of Immigration Appeals
    Office of the Clerk
    P.O. Box 8530
    Falls Church, VA 22041

☐ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242B(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252B(c)(3) in deportation proceedings or section 240(b)(5)(c), 8 U.S.C. § 1229a(b)(5)(c) in removal proceedings. If you file a motion to reopen, your motion must be filed with this court:

    Immigration Court

☐ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available.

☐ Attached is a copy of the decision of the immigration judge relating to a **Credible Fear Review.** This is a final order. No appeal is available.

☐ Other:

Date: 01/23/2026

Immigration Judge: Elvin R. Talavera-Peraza 01/23/2026

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : GARCIA ESPINAL, ANGEL LUIS | A-Number : 240-392-544
Riders:
Date: 01/23/2026 By: PEREZ, MYRNELIS, Court Staff



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
GUAYNABO (SAN JUAN) IMMIGRATION COURT

Respondent Name:
    GARCIA ESPINAL, ANGEL LUIS

To:
    GONZALEZ-RUCCI, ROSAURA
    P. O. BOX 6363
    LOIZA STREET STATION
    SAN JUAN, PR 00914

A-Number:
240-392-544
Riders:
In Custody Redetermination Proceedings

Date:
01/23/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
Matter of E-L-H-, 23 I&N Dec. 814 (BIA 2005), makes clear that Immigration Judges must follow Board precedent to ensure uniform application of immigration law nationwide. The Board recently issued a precedential decision holding that, based on the plain language of section 235(b)(2)(A) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1225(b)(2)(A), Immigration Judges lack the authority over bond requests for aliens who are present in the United States without admission. See Matter of Yajure Hurtado, 29 I&N Dec. 216, 220-28 (BIA 2025).

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Elvin R. Talavera-Peraza 01/23/2026

Appeal:   Department of Homeland Security:   ☑ waived   ☐ reserved
          Respondent:                        ☐ waived   ☑ reserved
Appeal Due: 02/23/2026

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : GARCIA ESPINAL, ANGEL LUIS | A-Number : 240-392-544
Riders:
Date: 01/23/2026 By: PEREZ, MYRNELIS, Court Staff