# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL LUIS ESPINAL GARCIA<br><br>Petitioner,<br><br>v.<br><br>GARRETT J. RIPA, TODD LYONS, KRISTI NOEM, and PAMELA BONDI,<br><br>Respondents. | **Civil No. 26-1039 (GMM)** |

### JUDGMENT

On February 4, 2026, Petition Angel Luis Espinal Garcia filed a *Motion in Compliance with Order* informing the Court that Petitioner has obtained the remedy sought by being released from mandatory detention, rendering his petition moot. (Docket No. 15).

Pursuant to this Court's Order at Docket No. 16, Judgment is hereby entered DISMISSING WITH PREJUDICE Petitioner claim.

The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on February 4, 2026.

/s/ Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
United States District Judge